# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF GEORGIA

# SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Case No. CR408-204 |
| | ) | |
| TERRY LEHMAN, | ) | |
| | ) | |
| Defendant. | ) | |

## REPORT AND RECOMMENDATION

On August 11, 2008, the Court ordered a psychiatric examination of the defendant in accordance with 18 U.S.C. § 4241(a) and (b) to assist the Court in determining (1) whether he is presently suffering from a mental disease or defect rendering him mentally incompetent to extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense, and (2) whether the defendant was insane at the time of the offense charged. 18 U.S.C. § 4241(a). Pursuant to the Court's Order, an examination was completed at the Federal Correctional Institution in Butner, North Carolina, and a report was submitted by Dr. Manuel Gutierrez, a forensic psychologist, who

found that defendant was competent to stand trial and was able to appreciate the nature and quality of the wrongfulness of his actions at the time of the offense.

At a hearing conducted on December 18, 2008, neither party contested the findings or conclusions of the examining psychologist on the issue of competency. Counsel for the defendant expressly indicated that he believed his client to be competent but reserved the right to pursue an insanity defense. Accordingly, the Court recommends that defendant be found competent to stand trial pursuant to 18 U.S.C. § 4241.

**SO REPORTED AND RECOMMENDED** this 18th day of December, 2008.

/s/ W. Smith
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA