

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2009 MAR 30 AM 10: 52

CLERK _____
SO. DIST. OF GA.

UNITED STATES OF AMERICA )
)
v.                        )      Case No. CR408-204
)
TERRY LEHMAN, )
)
          Defendant. )

## O R D E R

Edward R. Stabell, III, counsel of record for defendant Terry Lehman, in the above-styled case, has moved for leave of absence. The Court is mindful that personal and professional obligations require the absence of counsel on occasion. The Court, however, cannot accommodate its schedule to the thousands of attorneys who practice within the Southern District of Georgia.

Counsel may be absent at the times requested. However, nothing shall prevent the case from going forward; all discovery shall proceed, status conferences, pretrial conferences, and trial shall not be interrupted or delayed. It is the affirmative obligation of counsel to provide a fitting substitute.

SO ORDERED, this _30th_ day of March, 2009.

_____
WILLIAM T. MOORE, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA